UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MANUEL AGUILAR-SEGOVIA, | ) | CASE NO. C07-0218-TSZ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| A. NEIL CLARK, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remainder of the record, finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondents' Motion to Dismiss (Dkt. #13) is GRANTED, and this action is DISMISSED with prejudice; and

(3) The Clerk shall send a copy of this Order of Dismissal to all counsel of record, and to Judge Theiler.

DATED this 26th day of September, 2007.

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL
PAGE -1